```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

| | |
|---|---|
| DELROY LEE,<br><br>                    Petitioner,<br><br>-against-<br><br>UNITED STATES OF AMERICA,<br><br>                    Respondent. | 07-CR-00003 (LAP)<br>18-CV-1856 (LAP)<br><br>ORDER |

LORETTA A. PRESKA, Senior United States District Judge:

It has come to the Court's attention that CJA counsel appointed by the Court on May 29, 2024, to represent Defendant, (see dkt. no. 1013), has previously made an appearance on behalf of the Government in a case involving one of the co-defendants in the above-captioned case.  Accordingly, the Court hereby orders that the CJA attorney on duty today, Edward B. Diskant, shall be appointed to represent Defendant Delroy Lee in the above-captioned case with respect to the relief Mr. Lee seeks in his pro se letter motion, (see dkt. no. 1012).  Counsel shall supplement Defendant's pro se letter motion no later than July 3, 2024.

The Government shall respond to Defendant's pro se motion and to counsel's supplement no later than July 31, 2024.

The Clerk of the Court shall mail a copy of this order to Mr. Lee.  The Clerk of the Court is further directed to terminate Ms. Nola B. Heller as counsel of record for Defendant Delroy Lee.

1

**SO ORDERED.**

Dated:     May 31, 2024
           New York, New York

_____
LORETTA A. PRESKA
Senior United States District Judge

2