UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

                Plaintiff,

    v.

DELROY LEE,

                Defendant.

Case Nos.: 07 Cr. 3, 18 Civ. 1856

---

### [PROPOSED] ORDER GRANTING ACCESS TO DEFENDANT DELROY LEE'S UNREDACTED SENTENCING MEMORANDUM

Defendant Delroy Lee's request for access to a copy of the unredacted version of his prior Sentencing Memorandum, Dkt. No. 486 in the above-captioned matter is hereby **GRANTED**. The Court directs the Clerk of Court to provide Mr. Lee's counsel, McDermott Will & Emery LLP, with access to an unredacted version of Dkt. No. 486, filed March 15, 2011, in the above-captioned matter.

SO ORDERED,

Dated: _October 30_, 2024

_Loretta A. Preska_
HON. LORETTA A. PRESKA