```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
UNITED STATES OF AMERICA,            :

            Plaintiff,               :
                                     :       07-CR-0003 (LAP)
                                             18-CV-1856 (LAP)
      -v.-                            :
                                     :       ORDER
DELROY LEE,
                                     :
            Defendant.               :
------------------------------------x
```

LORETTA A. PRESKA, Senior United States District Judge:

The Court invites both parties to file supplemental submissions addressing the impact, if any, of the Supreme Court's recent decisions in Rutherford v. United States, 146 S. Ct. 1320 (2026) and Fernandez v. United States, 146 S. Ct. 1292 (2026) on Defendant's pending motions. Any such supplemental submissions shall be filed by July 17, 2026.

**SO ORDERED.**

Dated:   New York, New York
         June 15, 2026

_Loretta A. Preska_
LORETTA A. PRESKA
Senior United States District Judge

1